```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:97CR3010 |
| | ) | |
| v. | ) | |
| | ) | AMENDED |
| GREGORY NEEMAN, | ) | ORDER FOR DISMISSAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Pursuant to the Motion of the United States requesting dismissal of the Petition for Action on Conditions for Offender Under Supervision filed on August 19, **2008**, leave of court is granted for the filing of the dismissal of the Petition.

    IT IS ORDERED that the Motion to Dismiss the Petition (filing no. 138) is granted.

    DATED this 14th day of April, 2009.

                                        BY THE COURT:

                                        s/ *David L. Piester*
                                        David L. Piester
                                        United States Magistrate Judge