IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2009 NOV 17 PM 2: 10
OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:97CR3010 |
| Plaintiff, | ) | |
| -vs- | ) | O R D E R |
| GREGORY NEEMAN, | ) | |
| Defendant. | ) | |

This matter came before the Court this _____ day of November, 2009, on the Defendant's oral motion for temporary release under specific conditions. The Court, being fully advised in the premises finds that the Motion should be granted. It is, therefore,

ORDERED that the Defendant shall be temporarily released from the custody of the United States Marshal no later than 1:00 p.m. on Wednesday, November 18, 2009, to the custody of a member of the Federal Public Defender's Office, 100 Centennial Mall North, 112 Federal Building, Lincoln, Nebraska 68508.

IT IS FURTHER ORDERED that the Defendant shall be accompanied and released into the custody of the Federal Public Defender's Office staff member, who shall accompany the Defendant and shall escort the Defendant to Nebraska Mental Health, 4545 S. 86th Street, Lincoln, NE and return the Defendant to custody at the Saline County Jail forthwith, following his evaluation, on November 18, 2009.

Dated this 17th day of November, 2009.

BY THE COURT:

THE HONORABLE RICHARD G. KOPF
United States District Judge