IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:97CR3010 |
| | ) | |
| V. | ) | |
| | ) | |
| GREGORY A. NEEMANN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has filed a motion to continue the disposition hearing representing that it is unopposed (filing 166). I am not certain that I should grant the motion. Accordingly,

IT IS ORDERED that the defendant's motion to continue disposition hearing (filing 166) will be taken up on Tuesday, February 23, 2010, at 1:00 p.m. Counsel for both parties, the Probation Officer, and the defendant shall be present.

DATED this 19th day of February, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge